UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JAMES POMPEY,                                                                JUDGMENT
                                                                                       16-CV- 2070 (LDH)
                            Plaintiff,

    -against-

SK ASTORIA REALTY, LLC and THE AIRLINE
RESTAURANT CORP.,

                           Defendants.
---------------------------------------------------------------X

        A Memorandum of Decision and Order of Honorable LaShann DeArcy Hall, United States District Judge, having been filed on May 18, 2017, granting Defendant SK Astoria's motion to dismiss the Complaint; and granting Defendant Airline's motion for judgment on the pleadings; it is

        ORDERED and ADJUDGED that Defendant SK Astoria Realty, LLC's motion to dismiss the Complaint is granted; and that Defendant The Airline Restaurant Corp.'s motion for judgment on the pleadings is also granted.

Dated: Brooklyn, New York                                             Douglas C. Palmer
         May 19, 2017                                                      Clerk of Court

                                                         by:    */s/ Janet Hamilton*
                                                                       Deputy Clerk